UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARRETT DOUGLAS JONES, 82695,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DETECTIVE ROZELL AND DETECTIVE BEISHERS,<br><br>　　　　Defendants. | Case No. 22-cv-01401-JPG |

## **MEMORANDUM AND ORDER**

　　This matter comes before the Court on Plaintiff Garrett Douglas Jones ("Plaintiff" or "Jones") Motion for Summary Judgment (Doc. 34) filed on February 24, 2023. Plaintiff, proceeding *pro se* requests this Court grant summary judgment or place sanctions on Defendants Detective Rozell and Beishers ("Defendants") for "failing to disclose their information by [sic] November 14th 2023" and "that no extensions were filed on behalf of Defendants in a timely manner." *Id*.

　　The same day Plaintiff filed his motion, Defendants responded on February 24, 2023. Defendants indicated that pursuant to the December 27, 2022, Scheduling and Discovery Order, Defendants were ordered to provide their initial disclosures on February 14, 2023. Defendants indicate Defendants counsel mailed out the initial disclosures to Plaintiff at Sheridan Correctional Center. (Doc. 34 at 1-2). Defendants attached the affidavit of attorney Bradley Young, as well as a copy of the initial disclosure letter in their support. *Id*. at Ex. 1 and 2.

　　Plaintiff's motion, while labeled a summary judgment motion, indicates he has an issue with receiving initial disclosures, which is a discovery matter. The Scheduling Order (Doc. 30) and Fed. R. Civ. P. 37 require the parties to attempt informal resolution of all discovery disputes.

Plaintiff does not disclose any efforts to resolve the discovery dispute informally before seeking the Court's intervention, and Defendants motion indicate that Plaintiff did not attempt to confer in good faith. Therefore, the Court will **DENY** Plaintiff's motion for summary judgment or to place sanctions on Defendants (Doc. 34).

**IT IS SO ORDERED.**
**DATED:  March 7, 2023**

<u>/s/ J. Phil Gilbert</u>
J. PHIL GILBERT
U.S. DISTRICT JUDGE
