UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARRET DOUGLAS JONES, | |
| Plaintiff, | |
| v. | Case No. 3:22-cv-1401-JPG |
| DETECTIVE KENNETH ROZELL, OFFICER JUSTIN VALENCIA, DETECTIVE CODY BEISHIR, MAJOR NICK NOVACICH, SERGEANT RYAN JONES, SERGEANT NIC ROBERTS, OFFICER JOE SAUCIER, OFFICER NOE MARQUEZ, DETECTIVE BRANDON SHELLENBERG, LIEUTENANT KEN WOJTOWICZ, and OFFICER ZACK OPEL, | |
| Defendants. | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on a Stipulation of Dismissal. (Doc. 93). The Plaintiff filed this joint stipulation, signed by both parties, on July 9, 2024. (Doc. 93).

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss their suit without a court order by filing a stipulation of dismissal, signed by both parties. Unless otherwise stated, such dismissals are without prejudice.

Here, the stipulation requests dismissal with prejudice with each party to bear its own costs, attorney's fees, and expenses. Observing that the stipulation has been signed by both parties, the Court finds the stipulation valid. As valid stipulations are self-effectuating, the Court finds that this case has been **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

The parties have also requested that the Court retain jurisdiction over settlement agreement disputes. As cases, once dismissed, are beyond the Court's jurisdiction, the Court

does not retain any jurisdiction over settlement agreements or settlement disputes between the parties. *Pete's Fresh Market v. Patel*, 2023 WL 7334968, *1-2, 4-5 (S.D. Ill. Nov. 7, 2023).

**IT IS SO ORDERED.**
**DATED:  July 11, 2024**

                                              *s/ J. Phil Gilbert*
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**