# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARRET DOUGLAS JONES,<br><br>    Plaintiff,<br><br>v.<br><br>DETECTIVE KENNETH ROZELL, OFFICER JUSTIN VALENCIA, DETECTIVE CODY BEISHIR, MAJOR NICK NOVACICH, SERGEANT RYAN JONES, SERGEANT NIC ROBERTS, OFFICER JOE SAUCIER, OFFICER NOE MARQUEZ, DETECTIVE BRANDON SHELLENBERG, LIEUTENANT KEN WOJTOWICZ, and OFFICER ZACK OPEL,<br><br>    Defendants. | Case No. 3:22-cv-1401-JPG |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by all counsel of record;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:  July 11, 2024**

                                               MONICA A. STUMP, Clerk of Court

                                               By:    *s/Tina Gray,*
                                                         Deputy Clerk

**APPROVED:  *s/J. Phil Gilbert*** 
                     J. PHIL GILBERT
                     U.S. DISTRICT JUDGE